Kamala D. Harris, State Bar No. 146672
Attorney General of California
Tracy S. Hendrickson, State Bar No. 155081
Supervising Deputy Attorney General
Gregory G. Gomez, State Bar No. 242674
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-3866
 Fax: (916) 324-5205
 E-mail: Gregory.Gomez@doj.ca.gov
*Attorneys for Defendants
Dwight Floyd, Matthew Cate, California
Department of Corrections and Rehabilitation and
Lou Anne Fisher*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LUCAS M. SERAFINE,**<br><br>                                    Plaintiff,<br><br>     v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>                                    Defendants. | 2:12-cv-0274-JAM-CKD (PC)<br><br>**JOINT STIPULATION TO DISMISS PLAINTIFF'S CLAIMS BROUGHT UNDER 42 U.S.C §1983, AND CLAIMS BROUGHT AGAINST DEFENDANT CATE WITH PREJUDICE**<br><br>Date:           March 15, 2012<br>Time:          N/A<br>Courtroom: N/A<br>Judge          The Honorable John A. Mendez<br>Trial Date   N/A<br>Action Filed: December 22, 2011 |

/ / /

/ / /

/ / /

1

Joint Stip. to Dismiss Pl's Claims Under §1983 & Claims Ag. Def. Cate With Prej,  (2:12-cv-0274-JAM-CKD (PC))

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS STIPULATED** that, under Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff's "First Claim for Relief (Violation of Civil Rights – 42 U.S.C. § 1983)" shall be dismissed with prejudice against all served and unserved Defendants, including all "John Doe" Defendants, and parties to bear their own costs and fees.

**IT IS STIPULATED** that, under Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff's claims shall be dismissed with prejudice against Defendant Cate, and parties to bear their own costs and fees.

Dated:_____     /s/_____
                          Michael Chastaine
                          Attorney for Plaintiff

Dated:_____     /s/_____
                          Gregory G. Gomez
                          Attorney for Defendants
                          Dwight Floyd, Matthew Cate, CDCR,
                          and Lou Anne Fisher

**IT IS ORDERED** that Plaintiff's "First Claim for Relief (Violation of Civil Rights – 42 U.S.C. § 1983)" shall be dismissed with prejudice against all served and unserved Defendants, including all "John Doe" Defendants and Plaintiff's claims against Defendant Cate shall be dismissed with prejudice.  Both parties are to bear their own costs and fees concerning litigation of these claims.

Dated: 3/19/2012          /s/ John A. Mendez_____
                          John A. Mendez
                          United States District Court Judge

SA2012104478
31424579.doc

2

Joint Stip. to Dismiss Pl's Claims Under §1983 & Claims Ag. Def. Cate With Prej,  (2:12-cv-0274-JAM-CKD (PC))

PDF created with pdfFactory trial version www.pdffactory.com