1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  TRACY S. HENDRICKSON, State Bar No. 155081
   Supervising Deputy Attorney General
3  GREGORY G. GOMEZ, State Bar No. 242674
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone:  (916) 324-3866
6   Fax:  (916) 324-5205
    E-mail:  Gregory.Gomez@doj.ca.gov
7  *Attorneys for Defendants*
   *Dwight Floyd, Matthew Cate, California*
8  *Department of Corrections and Rehabilitation and*
   *Lou Anne Fisher*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LUCAS M. SERAFINE,**<br><br>  Plaintiff,<br><br> v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>  Defendants. | 2:12-cv-0274-JAM-CKD (PC)<br><br>**JOINT STIPULATION TO DISMISS PLAINTIFF'S CLAIMS BROUGHT UNDER 42 U.S.C §1983, AND CLAIMS BROUGHT AGAINST DEFENDANT CATE WITH PREJUDICE**<br><br>Date:   March 15, 2012<br>Time:   N/A<br>Courtroom:  N/A<br>Judge   The Honorable John A. Mendez<br>Trial Date   N/A<br>Action Filed:  December 22, 2011 |

/ / /

/ / /

/ / /

1

Joint Stip. to Dismiss Pl's Claims Under §1983 & Claims Ag. Def. Cate With Prej. (2:12-cv-0274-JAM-CKD (PC))

PDF created with pdfFactory trial version www.pdffactory.com

1  **IT IS STIPULATED** that, under Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff's "First Claim for Relief (Violation of Civil Rights – 42 U.S.C. § 1983)" shall be dismissed with prejudice against all served and unserved Defendants, including all "John Doe" Defendants, and parties to bear their own costs and fees.

**IT IS STIPULATED** that, under Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff's claims shall be dismissed with prejudice against Defendant Cate, and parties to bear their own costs and fees.

Dated:_____       /s/_____
                            Michael Chastaine
                            Attorney for Plaintiff

Dated:_____       /s/_____
                            Gregory G. Gomez
                            Attorney for Defendants
                            Dwight Floyd, Matthew Cate, CDCR,
                            and Lou Anne Fisher

**IT IS ORDERED** that Plaintiff's "First Claim for Relief (Violation of Civil Rights – 42 U.S.C. § 1983)" shall be dismissed with prejudice against all served and unserved Defendants, including all "John Doe" Defendants and Plaintiff's claims against Defendant Cate shall be dismissed with prejudice. Both parties are to bear their own costs and fees concerning litigation of these claims.

Dated: 3/19/2012            /s/ John A. Mendez_____
                            John A. Mendez
                            United States District Court Judge

SA2012104478
31424579.doc

2

Joint Stip. to Dismiss Pl's Claims Under §1983 & Claims Ag. Def. Cate With Prej, (2:12-cv-0274-JAM-CKD (PC))

PDF created with pdfFactory trial version www.pdffactory.com