KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
TRACY S. HENDRICKSON, State Bar No. 155081
Supervising Deputy Attorney General
GREGORY G. GOMEZ, State Bar No. 242674
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-3866
 Fax: (916) 324-5205
 E-mail: Gregory.Gomez@doj.ca.gov
*Attorneys for Defendants
Dwight Floyd, Robert Ambroselli, California
Department of Corrections and Rehabilitation,
Division of Adult Parole Operations, and Lou Anne
Fisher[1]*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LUCAS M. SERAFINE,** | 2:12-cv-0274-JAM-CKD (PC) |
| Plaintiff, | **JOINT REQUEST TO REMAND REMAINING STATE LAW CLAIMS** |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,** | |
| Defendants. | |

Plaintiff filed suit in state court alleging federal claims under 42 U.S.C. § 1983 and under state law. Because the Court had original jurisdiction under 28 U.S.C. § 1331 to the federal claims, the action was removed by Defendant CDCR under 28 U.S.C. § 1441(b). On March 20, 2012, the Court approved the parties' stipulation to dismiss Plaintiff's federal claims against served and unserved Defendants, including "John Doe" Defendants, and to dismiss all claims

---
[1] Defendant Matthew Cate has been dismissed with prejudice from this action.

PDF created with pdfFactory trial version www.pdffactory.com

against Defendant Matthew Cate.  Since only state law claims remain, the parties request the Court to decline to continue to exercise supplemental jurisdiction.  Favorable circumstances contributing to judicial economy, convenience and fairness, no longer exist to support exercising supplemental jurisdiction, because only state law claims remain.  *United Mine Workers v. Gibbs*, 383 U.S. 715, 726 (1966).  The state court would have a "surer-footed reading of applicable law."  *Id.*  Thus, the parties jointly request that the Court remand the remaining state law claims.

Dated: March 20, 2012

*/s/* **Michael Chastaine**
_____
Michael Chastaine
Attorney for Plaintiff

Dated: March 20, 2012

*/s/* **Gregory G. Gomez**
_____
Gregory G. Gomez
Attorney for Defendants
Dwight Floyd, CDCR,
DAPO, Robert Ambroselli, and Lou Anne Fisher

**IT IS ORDERED** that the Court declines to exercise jurisdiction over Plaintiff's remaining state law claims, and that the state law claims are remanded.

Dated:  March 22, 2012

/s/ John A. Mendez_____
John A. Mendez
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com